ACCEPTED
05-24-01511-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/22/2025 9:11 PM
RUBEN MORIN
CLERK

**STATE OF TEXAS      COURT OF APPEALS      FIFTH DISTRICT**

---

**Pshatoia LaRose**
**2633 McKinney Ave #730**
**Dallas, TX 75204**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/22/2025 9:11:39 PM
Ruben Morin
Clerk

                    **Appellant**

**V.**                                          Appeal Court #: 05-24-01511-CV

                              **Case No.** Trial Court #: DC-24-10314

**Jalen Hurts**
**One NovaCare**
**Philadelphia, PA 19145**

**Philadelphia Eagles**
**One NovaCare**
**Philadelphia, PA 19145**

                    **Appellees**

---

### MOTION FOR EXTENSION OF TIME

---

I, Appellant, Pshatoia LaRose proceed with filing Motion for Extension of Time to File Brief, due to the Reasons stated below.

**Appellant, PShatoia LaRose has recently experienced several Life Disturbances affecting Home, Vehicle, Job and Wellbeing resulting in Delayed response to file Appellants Brief.**

**Appellant, PShatoia LaRose is requesting Motion for Extension of Time to File Brief and allow Appellant, PShatoia LaRose (7) Days to file Appellants Brief from Date of Approval of Extension.**

### PRAYER:

**Plaintiff prays to the State of Texas, Court of Appeals, Fifth District of Texas, with filing, Appellants, Motion for Extension of Time, due to the Statements listed above.**

PShatoia LaRose
2633 McKinney Ave. #730
Dallas, TX 75204
LaRose.PN@gmail.com
404-450-7210

## CERTIFICATE OF SERVICE:

I hereby certify that on August 22, 2025 a true and correct copy of the foregoing document has been served on all parties in accordance with Texas Rule of Civil Procedure.

In Compliance with Texas Rule of Word Count, This Document includes 148 words and is in Compliance with Texas Rule of Civil Procedure.

Via Electronic Mail to:

Chip Adams
Coadams@grsm.com

Leslie Harrison – Williams
Lhwilliams@grsm.com

Mcspillman
Mcspillman@PhillipsMurrah.com

Robert Lemus
Rlemus@grsm.com


**Respectfully Submitted by Plaintiff:**

Pshatoia LaRose
2633 McKinney Ave #730
Dallas, TX 75204
LaRose.PN@gmail.com